## ALABAMA COAL & COKE CO. V. EMPIRE LAND CO.
(Decided May 18, 1911.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

W. H. SMITH, for appellant. W. C. DAVIS, and BROONS & STOUTZ, for appellee.

ANDERSON, J.—Affirmed on the authority of *Alabama Coal & Coke Co. v. Gulf Coal & Coke Co.,* 165 Ala. 304; 51 South. 570.

DOWDELL, C. J., SAYRE and SOMERVILLE, JJ., concur.

---

## ALLEN V. ENSLEN, ET AL.
(Decided May 11, 1911.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

SAM WILL JOHN, for appellant. GEORGE HUDDLESTON, for appellee.

McCLELLAN, C. J.—Affirmed on the authority of *Enslen, et al. v. Allen,* 160 Ala. 529, 49 South. 430.

DOWDELL, C. J., SIMPSON and MAYFIELD, JJ., concur.

---

## ANNISTON LIME & STONE CO. V. CITY OF ANNISTON.
(Decided May 30, 1911.)

APPEAL from City Court of Anniston.

Heard before Hon. THOS. W. COLEMAN, JR.

No counsel marked for either party.

Per curiam. Appeal dismissed.